UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN

DARCY LYNN BURNSIDE NON-MARITAL
ASSETS TRUST DATED JULY 8, 1996
On behalf of herself and all those

                                       Hon. Paul L. Maloney
                                       Mag. Phillip. J. Green
         Plaintiff,               Case No. 1-23-cv-930

vs.

OTTAWA COUNTY,

         Defendant,

_____/

## VOLUNTARY STIPULATION OF DISMISSAL

Pursuant to <u>Fed.R.Civ.P. 41</u>(a)(1)(ii), the Plaintiff  Darcy Lynn Burnside Non-Marital Assets Trust Dated July 8, 1996, through his co-counsel, the Cotner Law Offices, and the Defendant, Ottawa County, through its counsel, Legacy Litigation Group, PLLC, hereby stipulate to the voluntary dismissal of the Plaintiff's Complaint with prejudice and without the recovery of costs or attorney's fees.

Dated:  August 22, 2025

**COTNER LAW OFFICES**        **LEGACY LITIGATION GROUP, PLLC**
Attorneys for Plaintiff           Attorneys for the Ottawa County


                                 /s/  Douglas W. Van Essen
By: _____     By: _____
    Roger G. Cotner             Douglas W. Van Essen
   roger@cotnerlaw.us           doug@legacygrandrapids.com

IT IS SO ORDERED

Date:  August 25, 2025          /s/ Paul L. Maloney
                                _____
                                Hon. Paul L. Maloney
                                District Court Judge